UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BIO-KOR METICS, LTD.,

    Plaintiff,

v.

FIVE STAR FORMULATORS, INC., et al.,

    Defendants.

    No. C 10-4717 PJH

    **ORDER**

    Plaintiff having filed a proof of service of the summons and complaint on defendant Five Star Formulators, Inc., the order granting plaintiff's request to file its initial pleadings and other documents under seal is VACATED.

**IT IS SO ORDERED.**

Dated: October 26, 2010

PHYLLIS J. HAMILTON
United States District Judge