UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

BIO-KOR METICS, LTD., an Israeli company,

*Plaintiff,*

v.

FIVE STAR FORMULATORS, INC., a California corporation, and BELLA SCHNEIDER,

*Defendants.*

**Case No. CV10-4717-PJH**

**[~~PROPOSED~~] STIPULATION AND PROTECTIVE ORDER GOVERNING EXPEDITED DISCOVERY**

**WHEREAS** the Court has issued a Temporary Restraining Order in this action, and Plaintiff Bio-Kor Metrics, Ltd, ("Bio-Kor") and Defendant Five Star Formulators, Inc. ("Five Star") have stipulated to certain expedited discovery in anticipation of a hearing on Plaintiff's motion that the Temporary Restraining Order continues as a Preliminary Injunction;

**WHEREAS** the stipulated discovery sought by Plaintiff from Defendant may include documents and/or interrogatory answers that reveal competitively valuable information, including the identities of Defendant's customers and/or Defendant's customers' contact information, which Defendant claims constitutes its valuable proprietary information; and

**WHEREAS** the Parties have stipulated that this Court enter a Protective Order governing the use and disclosure of the discovery information to be provided to Plaintiff on an expedited basis to facilitate prompt discovery without causing potential harm to Defendant's business by the discovery process,

**NOW THEREFORE** based upon the Parties' stipulation and good cause appearing,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. All documents and interrogatory answers provided on this expedited basis shall be used solely for the purposes of this action and for no other purpose by the receiving Party.

2. With regard to documents or interrogatory answers provided by Defendant to Plaintiff which contain the identification of Defendant's customer(s) and/or contact information for Defendant's customer(s), and which are labeled CONFIDENTIAL ATTORNEYS EYES ONLY by Defendant, such documents or interrogatory answers shall not be disclosed to anyone other than outside attorneys of record in this case for Bio-Kor in this action, and shall not be shown nor the client identifying or contact information disclosed to Bio-Kor or anyone else absent written agreement of the parties or further order of the Court.  This does not prohibit Bio-Kor's outside attorneys of record in this case from disclosing to Bio-Kor the product and/or financial information and/or or other information (except for the information concerning customer(s)' identity and/or customer(s)' contact information) contained in the documents or interrogatory responses.  At the conclusion of this litigation, the aforementioned CONFIDENTIAL ATTORNEYS EYES ONLY discovery materials shall be returned to Defendant.  If Bio-Kor wishes to file or lodge such CONFIDENTIAL ATTORNEYS EYES ONLY discovery materials with the Court in a fashion that reveals Defendant's customer(s) identity(ies) or contact information, then the Parties shall meet and confer on the manner in which to proceed before requesting a modification of this Order.

3. Without written permission from the producing Party, or a court order secured after appropriate notice to all interested persons, a Party may not file in the public record in this action documents containing material designated CONFIDENTIAL ATTORNEYS EYES ONLY.  A Party that seeks to file under seal any documents containing material designated CONFIDENTIAL ATTORNEYS EYES ONLY must comply with Civil Local Rule 79-5.

4. This Order shall remain in effect unless the Parties otherwise agree in writing or further order of this Court.

Dated: 10/29/10

**IT IS SO ORDERED**

Judge Phyllis J. Hamilton

Respectfully submitted by:

| | |
|---|---|
| /s/Nagendra Setty | /s/H. Mathew Moore |
| Nagendra Setty (admitted *pro hac vice*) | H. Mathew Moore (SBN: 87893) |
| Noah C. Graubart (admitted *pro hac vice*) | Anthony J. Kerin III (SBN: 99841) |
| FISH & RICHARDSON P.C. | FLICKER, KERIN, KRUGER & BISSADA |
| 1180 Peachtree Street, NE, 21st Floor | A LIMITED LIABILITY PARTNERSHIP |
| Atlanta, Georgia 30309 | 120-B Santa Margarita Avenue |
| Telephone:   404-892-5005 | Menlo Park, CA 94025 |
| Facsimile:   404-892-5002 | Telephone: 650/289-1400 |
| E-mail:   nsetty@fr.com | Facsimile: 650/838-9250 |
| E-mail:   graubart@fr.com | |
| | **ATTORNEYS FOR DEFENDANT** |
| Howard Pollack (SBN: 162897) | **FIVE STAR FORMULATORS, INC.** |
| FISH & RICHARDSON P.C. | |
| 500 Arguello Street, Suite 500 | |
| Redwood City, CA 94063 | |
| Telephone:   650-839-5070 | |
| Facsimile:   650-839-5071 | |
| E-mail:   pollack@fr.com | |

**ATTORNEYS FOR PLAINTIFF**
**BIO-KOR METICS, LTD.**

3