UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BIO-KOR METICS, LTD.,

    Plaintiff,

    v.

FIVE STAR FORMULATORS, INC., et al.,

    Defendants.
_____/

No. C 10-4717 PJH

**ORDER**

On October 29, 2010, the court issued a temporary protective order and order to show cause re preliminary injunction in the above-entitled action. Pursuant to the parties' request, the order set a hearing date of December 15, 2010, and directed that the temporary restraining order would terminate on the court's decision on the motion for preliminary injunction. The order further required, as a condition of entry of the order, that plaintiff post a bond in the amount of $21,000.

The court anticipated that defendants would file an opposition to the motion on November 24, 2010, and that plaintiff would file a reply on December 1, 2010. To date, however, no briefs have been filed in opposition to or in support of the pending motion. Nor has plaintiff filed anything with the court indicating that it has posted a bond.

Accordingly, the December 15, 2010 hearing date is hereby VACATED. No later than December 8, 2010, plaintiff shall post the required bond. The parties shall file, no later than December 10, 2010, a joint status statement indicating whether the court should re-set

the hearing on the motion for preliminary injunction, and when the parties plan on filing their briefs.

**IT IS SO ORDERED.**

Dated:  December 7, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge