UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIO-KOR METICS, LTD., an Israeli company,<br><br>Plaintiff,<br><br>v.<br><br>FIVE STAR FORMULATORS, INC., a California corporation, and BELLA SCHNEIDER,<br><br>Defendants. | CASE NO. CV 10-4717-PJH<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT FIVE STAR FORMULATORS, INC.'S NOTICE OF SUBSTITUTION OF COUNSEL |

Pursuant to defendant FIVE STAR FORMULATORS, INC.'s Substitution of Counsel filed on January __, 2011:

IT IS HEREBY ORDERED that defendant FIVE STAR FORMULATORS, INC.'s Substitution of Counsel is granted, and Sedgwick, Detert, Moran & Arnold LLP are now attorneys of record for defendant FIVE STAR FORMULATORS, INC.

IT IS SO ORDERED.

DATED:  1/11/11

_____
HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton]*

-1-

LA/1008378v1