1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   JOHN F. STEPHENS (State Bar No. 178301)
2  KANIKA D. CORLEY (State Bar No. 223607)
   801 S. Figueroa Street, 19th Fl.
3  Los Angeles, California 90017
   Telephone: (213) 426-6900
4  Facsimile: (213) 426-6921
   Email: john.stephens@sdma.com
5  Email: kanika.corley@sdma.com

6  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   MATTHEW A. FISCHER (State Bar No. 191451)
7  One Market Plaza, Steuart Tower, 8th Fl.
   San Francisco, California 94105
8  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
9  Email: matthew.fischer@sdma.com

10 Attorneys for Defendant and Counter-Claimant,
   FIVE STAR FORMULATORS, INC.

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                           OAKLAND DIVISION

| | |
|---|---|
| 15  BIO-KOR METICS, LTD., an Israeli company, | CASE NO. CV 10-4717-PJH |
| 16 | **STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE BY ONE WEEK FOR THE PARTIES TO COMPLETE RULE 26(F) CONFERENCE AND FILE ADR-RELATED DOCUMENTS** |
| 17         Plaintiff, | |
| 18         v. | |
| 19  FIVE STAR FORMULATORS, INC., a California corporation, and BELLA SCHNEIDER, | Courtroom:  3 |
| 20 | Judge:      Hon. Phyllis J. Hamilton |
| 21         Defendants. | |
| 22  FIVE STAR FORMULATORS, INC., | |
| 23         Counter-claimant, | |
| 24         v. | |
| 25  BIO-KOR METICS, LTD. an Israeli company, | |
| 26 | |
| 27         Counter-defendant. | |

28

1  Per Northern District Local Rule 16-2(d) and (e), defendant and counter-claimant Five
2  Star Formulators, Inc. ("Five Star") and plaintiff and counter-defendant Bio-Kor Metics, Ltd.
3  ("Bio-Kor"), submit this Stipulation and Proposed Order to Extend the Deadline by One Week
4  for the Parties to Complete the Rule 26(f) Conference and File the ADR-related Documents.

## RECITALS

6  WHEREAS, pursuant to the Order Setting Initial Case Management Conference and
7  ADR Deadlines issued on October 19, 2010, the last day for to the parties to participate in a Rule
8  26(f) conference and file ADR-related documents is January 6, 2011, the last day to file a Rule
9  26(f) Report, complete initial disclosures and file Case Management Statement is January 20,
10  2011 and the date for the Initial Case Management Conference is January 27, 2011.

11  WHEREAS, the law firm of Sedgwick, Detert, Moran & Arnold, LLP is in the process of
12  substituting in as counsel for Five Star and has requested a one week extension for the deadline
13  to participate in the Rule 26(f) conference and file the ADR-related documents so that Five
14  Star's new counsel will have sufficient time to get up to speed on the factual and legal issues in
15  order to ensure a more productive Rule 26(f) conference;

16  WHEREAS, Bio-Kor has agreed to the requested one week extension, whereby the last
17  day for the parties to hold the Rule 26(f) conference would be extended from January 6, 2011 to
18  January 13, 2011;

19  WHEREAS, the stipulated one week extension for the deadline to participate in the Rule
20  26(f) conference and file the ADR-related documents will not impact the January 20, 2011
21  deadline to file a Rule 26(f) Report, complete initial disclosures and file Case Management
22  Statement, nor will it impact the January 27, 2011 date for the Initial Case Management
23  Conference.

## STIPULATION

25  Based on the foregoing Recitals, Five Star and Bio-Kor, by and through their respective
26  attorneys, agree and stipulate as follows:
27  (1) The current deadline to participate in the Rule 26(f) conference and file the ADR-

-1-

CASE NO. CV 10-4717-PJH
STIPULATION & ORDER EXTENDING DEADLINE FOR RULE 26(f) CONFER. AND ADR FILINGS

SF/1923714v1

1 | related documents is extended from January 6, 2011 to January 13, 2011 and;

2 |   (2)  The current January 20, 2011 deadline to file a Rule 26(f) Report, complete initial disclosures and file Case Management Statement, as well as the January 27, 2011 date for the Initial Case Management Conference, shall remain unchanged.

  IT IS SO STIPULATED.

DATED: January 5, 2011  SEDGWICK, DETERT, MORAN & ARNOLD LLP

  By: /s/ *Matthew Fischer*
  Matthew Fischer
  Attorneys for Defendant and Counter-claimant FIVE STAR FORMULATOR, INC.

DATED: January 5, 2011  FISH & RICHARDSON P.C.

  By: /s/ *Noah C. Graubart*
  Noah C. Graubart
  Attorneys for plaintiff and Counter-defendant BIO-KOR METICS, LTD.

### **ATTESTATION OF FILING**

Pursuant to General Order 45.X.B, I attest that I have obtained concurrence in the filing of this document from the parties listed above.

/s/ *Matthew Fischer*
Matthew Fischer

# ORDER

PURSUANT TO THE FOREGOING STIPULATION, IT IS ORDERED THAT:

(1)  The current deadline to participate in the Rule 26(f) conference and file the ADR-related documents is extended from January 6, 2011 to January 13, 2011;

(2)  The current January 20, 2011 deadline to file a Rule 26(f) Report, complete initial disclosures and file Case Management Statement, as well as the January 27, 2011 date for the Initial Case Management Conference remain unchanged.

DATED: January 11, 2011



_____
HON. P[HYLLIS J. HAMILTON]
UNITED [STATES DISTRICT JUD]GE

-3-

CASE NO. CV 10-4717-PJH
STIPULATION & ORDER EXTENDING DEADLINE FOR RULE 26(f) CONFER. AND ADR FILINGS