| | |
|---|---|
| NAGENDRA SETTY (admitted *pro hac vice*) | JOHN F. STEPHENS (State Bar No. 178301) |
| NOAH C. GRAUBART (admitted *pro hac vice*) | KANIKA D. CORLEY |
| FISH & RICHARDSON P.C. | (State Bar No. 223607) |
| 1180 Peachtree Street, NE, 21st Floor | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
| Atlanta, Georgia 30309 | 801 S. Figueroa Street, 19th Fl. |
| Telephone: 404-892-5005 | Los Angeles, California 90017 |
| Facsimile: 404-892-5002 | Telephone: (213) 426-6900 |
| E-mail: nsetty@fr.com | Facsimile: (213) 426-6921 |
| E-mail: graubart@fr.com | Email: john.stephens@sdma.com |
| | Email: kanika.corley@sdma.com |
| HOWARD POLLACK (SBN: 162897) | |
| FISH & RICHARDSON P.C. | MATTHEW A. FISCHER |
| 500 Arguello Street, Suite 500 | (State Bar No. 191451) |
| Redwood City, CA 94063 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
| Telephone: 650-839-5070 | One Market Plaza, Steuart Tower, 8th Fl. |
| Facsimile: 650-839-5071 | San Francisco, California 94105 |
| E-mail: pollack@fr.com | Telephone: (415) 781-7900 |
| | Facsimile: (415) 781-2635 |
| *Attorneys for Plaintiff and Counterclaim-Defendant,* | Email: matthew.fischer@sdma.com |
| BIO-KOR METICS, LTD. | |
| | *Attorneys for Defendant and Counter-Claimant,* |
| | FIVE STAR FORMULATORS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BIO-KOR METICS, LTD., an Israeli company, | |
| *Plaintiff,* | Case No. CV10-4717-PJH |
| v. | **STIPULATION AND ~~PROPOSED~~ ORDER RESETTING CASE MANAGEMENT CONFERENCE** |
| FIVE STAR FORMULATORS, INC., a California corporation, and BELLA SCHNEIDER, | |
| *Defendants.* | |
| FIVE STAR FORMULATORS, INC., | |
| *Counter-claimant,* | |
| v. | |
| BIO-KOR METICS, LTD. an Israeli company, | |
| *Counter-defendant.* | |

Per Northern District Local Rules 7-12 and 16-2, Plaintiff and Counter-Defendant Bio-Kor Metics, Ltd. ("Bio-Kor"), Defendant and Counter-Claimant Five Star Formulators, Inc. ("Five Star"), and Defendant Bella Schneider ("Schneider") (Five Star and Schneider collectively referred to herein as "Defendants"), submit this Stipulation and Proposed Order to reset the scheduled January 27, 2011 Case Management Conference for February 24, 2011.

**RECITALS**

WHEREAS, pursuant to the Order Setting Initial Case Management Conference and ADR Deadlines issued on October 19, 2010, the Initial Case Management Conference is scheduled to take place on January 27, 2011;

WHEREAS, counsel for Bio-Kor are unexpectedly unavailable to attend the Conference as scheduled;

WHEREAS, (a) Bio-Kor's lead counsel, Nick Setty, has suffered a death in his family, (b) Bio-Kor additional counsel, Noah Graubart, is temporarily unavailable to travel from Atlanta to Oakland due to family health circumstances; and (c) Bio-Kor's local counsel, Howard Pollack, is unavailable due to pre-existing scheduling conflicts;

WHEREAS, Bio-Kor requests a postponement of the Case Management Conference until February 24, 2011 in order to accommodate the Court's and counsel's schedule; and

WHEREAS, in view of the unusual circumstances, Defendants have consented to the requested postponement.

**STIPULATION**

Based on the foregoing Recitals, Bio-Kor and Defendants, by and through their respective attorneys, agree and stipulate as follows:

The Case Management Conference, currently scheduled for January 27, 2011 shall be reset for February 24, 2011 at 2 p.m. in Courtroom 3, 3rd Floor.

IT IS SO STIPULATED.

CASE NO. CV 10-4717-PJH
STIPULATION AND PROPOSED ORDER RESETTING CASE MANAGEMENT CONFERENCE

| | | |
|---|---|---|
| 1 | DATED: January 26, 2011 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |

By: /s/*Matthew Fischer*
    Matthew Fischer
    Attorneys for Defendant and Counter-Claimant
    FIVE STAR FORMULATORS, INC., and Defendant
    BELLA SCHNEIDER

DATED: January 26, 2011    FISH & RICHARDSON P.C.

By: */s/Noah C. Graubart*
    Noah C. Graubart
    Attorneys for Plaintiff and Counter-Defendant
    BIO-KOR METICS, LTD.

**ATTESTATION OF FILING**

Pursuant to General Order 45.X.B, I attest that I have obtained concurrence in the filing of this document from the parties listed above.

*/s/Noah C. Graubart*
Noah C. Graubart

-2-

CASE NO. CV 10-4717-PJH
STIPULATION AND PROPOSED ORDER RESETTING CASE MANAGEMENT CONFERENCE

1 **ORDER**

2 PURSUANT TO THE FOREGOING STIPULATION, IT IS ORDERED THAT:

3     The Case Management Conference, currently scheduled for January 27, 2011 shall be

4 reset for February 24, 2011 at 2 p.m. in Courtroom 3, 3rd Floor.

7 DATED: January __28__, 2011



10     HON. PHYLLIS J. HAMILTON
11     UNITED STATES DISTRICT JUDGE

-3-

CASE NO. CV 10-4717-PJH
STIPULATION AND PROPOSED ORDER RESETTING CASE MANAGEMENT CONFERENCE